UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

24-147 ECT/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(A) |
| v. | ) 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 853 |
| 1. JOHNATHAN ERIC THOMPSON, and | ) |
| 2. BRUCE LEVELL THOMPSON, | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute Methamphetamine and Fentanyl)

Beginning in or about approximately October 2023, and continuing through on or about November 30, 2023, the exact dates being unknown to the grand jury, in the State and District of Minnesota and elsewhere, the defendants,

**JOHNATHAN ERIC THOMPSON, and
BRUCE LEVELL THOMPSON**

did knowingly and intentionally conspire with each other and others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing methamphetamine, a controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called



SCANNED
MAY 3 0 2024
U.S. DISTRICT COURT ST. PAUL

*United States v. Johnathan Eric Thompson et al.*

"fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of this Indictment, the defendants,

**JOHNATHAN ERIC THOMPSON, and**
**BRUCE LEVELL THOMPSON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation. The property that is subject to forfeiture includes, but is not limited to, the following items seized on November 30, 2023:

1. $9,478.00 in United States currency;
2. a Ruger MTK .22 caliber handgun, serial number 1439710;
3. a Ruger LC9s 9 mm handgun, serial number 45147221;
4. a Kuhr CW9 9 mm handgun, serial number YB8019; and
5. a Taurus GZC handgun serial number ACD764350.

If any of the above-described property is unavailable for forfeiture, the

*United States v. Johnathan Eric Thompson et al.*

United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____            _____
**UNITED STATES ATTORNEY**                **FOREPERSON**